**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ROBERT E. D'AGOSTINO,

        Petitioner,

-vs-                                        Case No.  6:04-cv-1563-Orl-28DAB
                                          (Criminal Case No.:  6:03-cr-219-Orl-28DAB)

UNITED STATES OF AMERICA,

        Respondent.

_____

**ORDER**

    The Government has filed its response (Doc. No. 8) to Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, Or Correct Sentence, requesting that the Court deny the motion. Accordingly, Petitioner shall have **THIRTY (30) DAYS** from the date of this order to file an opposition to the Government's response to his motion.  Thereafter, both the motion and the response to it will be taken under advisement by the Court, and an order will be entered without further notice.

    **DONE AND ORDERED** at Orlando, Florida, this 1st day of June, 2005.

                                                            *David A. Baker*
                                                    DAVID A. BAKER
                                      UNITED STATES MAGISTRATE JUDGE

Copies to:
pslc 6/1
Counsel of Record